# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HYBRID AUDIO, LLC,<br><br>Plaintiff,<br><br>v.<br><br>PANASONIC CORPORATION, *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:16-cv-10647-RWZ<br>)<br>) JURY TRIAL DEMANDED<br>)<br>)<br>) |

## MOTION FOR EXTENSION OF TIME FOR DEFENDANT PANASONIC CORPORATION OF NORTH AMERICA TO RESPOND TO COMPLAINT

Plaintiff Hybrid Audio, LLC ("Hybrid Audio") respectfully moves for an extension of time of two months, up to and including **September 19, 2016** for Defendant Panasonic Corporation of North America to respond to the Complaint in this case. In support of this motion, the parties state as follows:

1. The parties have reached an agreement in principle to resolve all claims asserted in the action.

2. Defendant has not yet made an appearance in this matter.

3. Defendant's response to the Complaint in this action is currently due by July 19, 2016.

4. The parties expect to finalize and effectuate a final written agreement promptly.

5. Out of an abundance of caution in order to finalize and effectuate the terms of the parties' agreement in principle, the parties respectfully request a two month extension of time for Defendant to respond to the Complaint, up to and including September 19, 2016.

6. No previous extensions of time have been requested.

WHEREFORE, Hybrid Audio respectfully requests that this Court extend the time by which Defendant may respond to the Complaint by two months, up to and including **September 19, 2016.**

Respectfully submitted,

ARROWOOD PETERS LLP

By: *Raymond P. Ausrotas*
Raymond P. Ausrotas (BBO #640315)
10 Post Office Square
7th Floor South
Boston, MA 02109
Phone: (617) 849-6200
Facsimile: (617) 849-6201
rausrotas@arrowoodpeters.com

Timothy Devlin
Delaware Bar No. 4241
Robert Kiddie
DEVLIN LAW FIRM LLC
1306 N. Broom Street, 1st Floor
Wilmington, DE 19806
Phone: (302) 449-9010
tdevlin@devlinlawfirm.com
*Pro Hac Vice Pending*

*Attorneys for Plaintiff Hybrid Audio LLC*

**CERTIFICATE OF SERVICE**

  I hereby certify that, on July 14, 2016, I electronically filed the foregoing with the Clerk's Office using the Court's CM/ECF system, which will send notification of this filing (NEF) to all registered participants and paper copies will be sent to those indicated as non-registered participants.

              /s/ Raymond P. Ausrotas
              Raymond P. Ausrotas